# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

FEB - 6 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

## SEARCH WARRANT

THE PREMISES KNOWN AS:

CASE NUMBER:

**104 Wheeler Avenue**
**Baltimore, Maryland 21223**

**13-0070SAG**

TO: DEA Task Force Officer Matthew Wires,
and any Authorized Officer of the United States

Affidavit(s) having been made before me by Task Force Officer Matthew Wires, who has reason to believe that on the premises known as (name, description and or location)

**104 Wheeler Avenue, Baltimore, Maryland 21223,** further described as as a two story plus basement level brick townhouse. There are five steps up to a covered front porch, where the front door is located. The home has a white storm door and the front door has a diamond shaped window in the upper portion of it. The letters 104 in black on a white background running at an upward diagonal are to the right of the door. A large window to the left of the front door faces Wheeler Avenue. There are two windows on the second level of the home. There a large bushes in front of the home.

- in the District of Maryland, there is now concealed a certain person or property, namely (describe the person or property) - See Attachment B

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

I further find, based on the facts set forth in the Affidavit submitted herewith, that specific facts have been set forth which justify agents and officers entering into the locations, for purposes of executing the search warrant.

YOU ARE HEREBY COMMANDED to search on or before __1/28/13__
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the Honorable Stephanie A. Gallagher, U.S. Magistrate Judge, as required by law.

__1/14/13__ at Baltimore, Maryland
Date and Time Issued
11:10am

The Honorable Stephanie A. Gallagher
United States Magistrate Judge

(#8) AUSAs Carey/Smith

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>1-14-13 | DATE AND TIME WARRANT EXECUTED<br>1-15-13   0605 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Donald Goodman |
| INVENTORY MADE IN THE PRESENCE OF   Donald Goodman | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attached

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

_____     _____
U.S Judge or Magistrate                              Date

# Anne Arundel County Police Department
## Recovered Property Form

| 1. Type of Incident | 2. Date and Time Property Recovered: | 3. Report No.. |
|---|---|---|
| Search Warrant | 1/15/13 - 0605 hrs | 12-70084? |

| 4. Found/Recovered By: (Last, First, MI, Address & Phone) | 5. If abandoned & not claimed, do they want property | Y ☐ N ☑ |
|---|---|---|
| Jason Starr - Howard County Police | | |

| 6. Location of Recovered/Found item(s) | 7. Status (Check one) |
|---|---|
| 104 Wheeler Ave Baltimore, md | ☐ Abandoned (Lost/Found)  ☐ Safekeeping (Victim)  ☑ Evidence |

| 8. Owner: (Last, First, MI, Address & Phone) |
|---|
| Donald Goodman  104 Wheeler Ave  1/23/55  Baltimore MD |

**9. Notification of Owner** (Check one)
☐ Phone  ☐ Mail  ☑ In Person  ☐ Unable to Contact

**10. Disposition** (Check one)
☐ Can be Released  ☐ Can be Disposed of or Destroyed  ☑ Hold for Evidence

**10A.** ☑ Checked NCIC for Stolen

| 11. Investigating Ofc/ID# | 12. District | 13. Post | 14. Supv. Signature/ID# |
|---|---|---|---|
| M. Regan 1107 | SES | N/A | |

### ITEMIZED LIST OF PROPERTY
Complete description of name, including make, model, color, serial number, etc.

**PROPERTY MANAGEMENT USE ONLY** — Location | Disp

- Item #: 1 — White Samsung Cell Phone (SII)
- Item #: 2 — Wells Fargo Papers / BGE Bill
- Item #: 3 — Business Records G Tach Luggage

## CHAIN OF CUSTODY
Out By: | Date/Time: | Destination: | Received By: | Date/Time:

## PROPERTY RELEASE AUTHORIZATION

Name: _____  Address: _____

I certify, under penalty of perjury, that I am the lawful owner/finder of the above described property. I have taken posession of the above listed property.

Date: _____  Signature _____

### TO BE COMPLETED BY PROPERTY MANAGEMENT

Date Received: 1-17-13  Received From: M.R. 1593
Time Received: 0800  Received By: ___ 893

**CODE**
RO - Returned to Owner
RF - Returned to Finder
D - Department Use
A - Auction
D - Destroyed

Property Release Notification Mailed 1st Date: ___ By: ___
Property Release Notification Mailed 2nd Date: ___ By: ___

Original-Property Management    24186    Second-Officer    Third-Central Records

# Anne Arundel County Police Department
## Recovered Property Form
*(Supplement)*

| 1. Type of Incident: | 2. Investigating Ofc/ID #: | 3. Report No: |
|---|---|---|
| Search Warrant | M. Regan /107 | 12-700819 |

| ITEMIZED LIST OF PROPERTY | Complete description of name, including make, model, color, serial number, etc. | PROPERTY MANAGEMENT USE ONLY Location | Disp |
|---|---|---|---|
| Item #: 6 | Business Records | | |
| Item #: 7 | USPS Shipping box w/ packaging material | | |
| Item #: 4 | Rohm GMBH .38 Revolver No Serial # | | |
| Item #: 4a | 3 rounds .38 special | | |
| Item #: | | | |
| Item #: | | | |
| Item #: | | | |
| Item #: | | | |
| Item #: | | | |

**PROPERTY MANAGEMENT USE ONLY**

**Disposition Code**
RO - Returned to Owner
RF - Returned to Finder
U - Department Use
A - Auction
D - Destroyed

24186
(277) 10/25/10

Original-Property Management    Pink - Central Records    Yellow - Officer

# ANNE ARUNDEL COUNTY POLICE DEPARTMENT
## NARCOTICS SECTION
### Evidence Inventory

DATE: 1-15-2013   TIME: 0605  (AM) PM    FILE# N-12-005
INVESTIGATOR: Jason Starr (HCPD)   I.D.# 4846   CASE # 12-700849
WITNESS: M. Regan   I.D. # 1107

S- NAME: Donald Goodman
ADDRESS: 104 Wheeler Ave
CITY: Baltimore   STATE: MD

B   M   —   1-23-55   —   —
R   S   AGE   DOB   HGT   WGT

OTHER: _____
CODES: _____

☐ SEIZURE FROM VEHICLE
☒ SEARCH WARRANT
☐ SEARCH INCIDENT TO ARREST
☐ OTHER _____

| ITEM # | DESCRIPTION | TAKEN FROM |
|---|---|---|
| A | MASTER BEDROOM (2nd Floor front) | |
| 1 | White Samsung SII Cell phone | Top of Dresser |
| 2 | Wells Fargo Papers / BGrE Bill | Night Stand |
| 3 | Mason Jar w/ Suspected Marijuana | Dresser Drawer |
| 4 | Rohm GMBH .38 Revolver (No serial #) 4a w/3 Rounds | Under Bed |
| B | Middle Bedroom (2nd Floor) | |
| 5 | Business Records G-Tech Luggage | Top of Dresser |
| C | Back Bedroom (2nd Floor) | |
| 6 | Business Records | |
| D | Basement | |
| 7 | USPS Shipping Box w/ Packaging Material | In Pile on Floor |

☐ INVENTORY CONTINUED   ☒ INVENTORY COMPLETE

I, Jason Starr _____, acknowledge that the above listed items ending with item # 7 were seized by members of the Anne Arundel County Police Department and this document acts as official receipt of said items.

_____ (HCPD)   4846
Investigator   I.D.#

M. Regan   1107
Witness   I.D.#

Page #1